IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-029-KDB-DCK

| | |
|---|---|
| JAMES LYNCH, and SHANNON LYNCH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEECO STEEL LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 115) filed by Scott M. Tyler and Fielding E. Huseth, concerning Caitlin E. O'Connell, on January 24, 2023. Caitlin E. O'Connell seeks to appear as counsel *pro hac vice* for Defendant Nucor Corp. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 115) is **GRANTED**. Caitlin E. O'Connell is hereby admitted *pro hac vice* to represent Defendant Nucor Corp.

**SO ORDERED**.

Signed: January 25, 2023

David C. Keesler
United States Magistrate Judge