**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-029-KDB-DCK**

| | | |
|---|---|---|
| **JAMES LYNCH, and SHANNON LYNCH,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **LEECO STEEL LLC, et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 116) filed by Scott M. Tyler and Fielding E. Huseth, concerning Matthew K. Crane, on January 24, 2023. Matthew K. Crane seeks to appear as counsel *pro hac vice* for Defendant Nucor Corp. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Consent Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 116) is **GRANTED**. Matthew K. Crane is hereby admitted *pro hac vice* to represent Defendant Nucor Corp.

**SO ORDERED**.

Signed: January 25, 2023

David C. Keesler
United States Magistrate Judge