IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-029-KDB-DCK

| | |
|---|---|
| JAMES LYNCH, and SHANNON LYNCH, ,        Plaintiffs, <br><br> v. <br><br> LEECO STEEL LLC, et al., <br><br>        Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 123) filed by Samuel Ranchor Harris, concerning Matthew Marzak, on February 13, 2023. Matthew Marzak seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 123) is **GRANTED**. Matthew Marzak is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: February 13, 2023

David C. Keesler
United States Magistrate Judge